UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Steven J. Roy

    v.                                Civil No. 07-cv-353-PB

NH Department of Corrections,
Commissioner, et al.


**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $30.00 has been paid.  The balance is to be paid over time at at least the rate of 20% of plaintiff's preceding months monthly income until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: October 31, 2007

cc:   Steven J. Roy, pro se
       Bonnie S. Reed, Financial Administrator
       NH Department of Corrections, Inmate Accounts