UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven J. Roy

    v.                                             Civil No. 07-cv-353-PB

William Wrenn,
Commissioner, New Hampshire
Department of Corrections, et al.

**O R D E R**

Defendant is ordered to produce the following witnesses for the preliminary injunction hearing on April 3, 2008:

1. Lucie Bilodeau;
2. Tony Kingsbury;
3. Becky Harding;
4. Allen Cullen;
5. Philip Horner;
6. Seth Bader; and
7. Charles Stevens.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: March 13, 2008

cc:  Steven J. Roy, pro se