UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Steven J. Roy</u>

      v.                               Case No. 07-cv-353-PB

<u>Commissioner Wrenn, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 29, 2008.

SO ORDERED.

April 4, 2008                                         <u>/s/ Paul Barbadoro</u>
                                                        Paul Barbadoro
                                                        United States District Judge

cc:    Steven Roy, Pro Se
        Danielle Pacik, Esq.