UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven Roy

        v.                        Case No. 07-cv-353-PB

NH State Prison, et al


O R D E R


After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 13, 2008.

    SO ORDERED.


July  18, 2008                           /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge


cc:    Steven Roy, Pro se
        Danielle Pacik, Esq.