**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Steven J. Roy

    v.                                              Civil No. 07-cv-353-PB

NH Department of Corrections,
Commissioner, et al.

**O R D E R**

Attorney Lawrence Vogelman is hereby appointed to represent the plaintiff in the above-referenced case. Motion (document No. 53) is granted.

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date:  August 18, 2008

cc:    Lawrence Vogelman, Esq.
       Danielle Leah Pacik, Esq.